# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK A. LARACE and TAMMY L. LARACE,  ) | |
|     Plaintiffs                  ) | |
|                                   ) | CIVIL ACTION NO. |
|           v.                 ) | 3:12-cv-11545-MAP |
|                                   ) | |
| WELLS FARGO BANK, N.A., AS TRUSTEE,  ) | |
| FOR ABFC 2005 -OPT1 TRUST ABFC      ) | |
| ASSET BACKED CERTIFICATES, SERIES   ) | |
| 2005-OPT1, AMERICAN HOME MORTGAGE ) | |
| SERVICING, INC., and OPTION ONE       ) | |
| MORTGAGE COMPANY                ) | |
|     Defendants            ) | |

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Wells Fargo Bank, N.A. as Trustee for ABFC 2005-OPT1 Trust ABFC Asset Backed Certificates Series 2005-OPT1, at al, against the plaintiffs Mark A. Larace, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                        **ROBERT M. FARRELL**,
                                        CLERK OF COURT

Dated: September 24, 2013           /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                       Deputy Clerk